IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 104-106 1st PLACE CORPORATION | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-4968 |
| HARLEYSVILLE WORCESTER | : | |
| INSURANCE COMPANY | : | |

**O R D E R**

**AND NOW**, this 8th day of May, 2024, upon consideration of Plaintiff's Motion for Leave to Amend to Reassert a Statutory Bad Faith Claim and Amend First Amended Complaint (ECF No. 35), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's bad faith claim pursuant to 42 Pa. Stat. and Cons. Stat. Ann. § 8371, which was previously dismissed without prejudice (*See* 8/2/2023 Order, ECF No. 15), is **DISMISSED** *with prejudice*.

IT IS SO ORDERED.

BY THE COURT:


/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**